CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693

ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
Michael Rubin
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

ASIAN LAW CAUCUS
Ivy Lee
720 Market Street
San Francisco, CA 94102
Telephone: (415) 391-1655

GIBBS, HOUSTON & PAUW
Robert H. Gibbs
Robert Pauw
1000 Second Ave. Suite 1600
Seattle, WA 98104
Telephone: (206) 224-8790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHOLIC SOCIAL SERVICES, INC.,— IMMIGRATION PROGRAM, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>Defendants. | Case No. Civ S-86-1343-LKK<br><br>STIPULATION DISMISSING ACTION PURSUANT TO ¶ 17 OF SETTLEMENT; [PROPOSED] ORDER THEREON. |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, that the Court dismiss with prejudice each and every claim of the complaint as amended, and dissolve any injunctive order(s) and other decisions entered herein.

This stipulation is entered into pursuant to ¶ 17 of the settlement approved by the Court on January 23, 2004.

Dated: April 9, 2007.

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguín

ALTSHULER, BERZON, NUSSBAUM,
BERZON AND RUBIN
Michael Rubin

ASIAN LAW CAUCUS
Ivy Lee

GIBBS, HOUSTON & PAUW
Robert H. Gibbs
Robert Pauw
(Pro Hac Vice)

_____
Carlos Holguín
*One of the attorneys for plaintiffs*

Dated: April 19, 2007.

ANTHONY NORWOOD
U.S. Department of Justice
Office of Immigration Litigation

_____
Anthony Norwood
*Counsel for Defendants*

IT IS SO ORDERED.

Dated: 5/11, 2007.

_____
United States District Judge

/ / /