CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguin (CSB No. 90754)
Peter A. Schey (CSB No. 58232)
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 302
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org

GIBBS, HOUSTON PAUW
Robert H. Gibbs (WSBA 5932)
Robert Pauw (WSBA 13613)
1000 Second Ave. Suite 1600
Seattle, WA 98104
Telephone: (206) 224-8790
(*Pro Hac Vice*)

ASIAN LAW CAUCUS
Ivy Lee
720 Market Street
San Francisco, CA 94102
Telephone: (415) 391-1655

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHOLIC SOCIAL SERVICES, INC.,— IMMIGRATION PROGRAM, *et al.*,<br><br>    Plaintiffs,<br><br>- vs -<br><br>JANE NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No. Civ S-86-1343-LKK<br><br>STIPULATION EXTENDING TIME TO FILE OBJECTIONS TO AFFIDAVIT RE: FOREIGN FILERS; ORDER THEREON.<br><br>Hearing: None<br>Time: n/a |

Pursuant to the Court's order of December 14, 2009, defendants timely filed an affidavit setting out their efforts to advise class members whose legalization applications

PDF created with pdfFactory trial version www.pdffactory.com

CIS rejected because they now reside abroad of their right to seek special master review of the CIS's action. The Court's order grants plaintiffs until January 22, 2010, to file objections to defendants' affidavit.

On January 11, 2010, the parties conferred in an effort to resolve their differences over a remedy for rejected foreign filers, as well as for class members whose applications CIS declared abandoned pursuant to 8 C.F.R. § 103.2(b)(13). Those discussions are continuing, and plaintiffs accordingly sought and obtained defendants' agreement to extend the deadline for filing plaintiffs' objections.

*/ / /*

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, IT IS HEREBY STIPULATED, by and between the undersigned counsel for plaintiffs and defendants, that the deadline for filing plaintiffs' objections to defendants' affidavit re: foreign filers be extended to February 19, 2010.

Dated: January 21, 2010.

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín
Peter A. Schey

GIBBS, HOUSTON PAUW
Robert H. Gibbs
Robert Pauw


/s/ _____
 Carlos Holguín
*Attorneys for plaintiffs*

Dated: January 21, 2010.

LAWRENCE G. BROWN
United States Attorney

TONY WEST
Assistant Attorney General
Civil Division

TERRI J. SCADRON
Assistant Director


/s/ _____
ANTHONY W. NORWOOD
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4883
**Attorneys for Defendants**
*(per email authorization)*

IT IS SO ORDERED.

Dated: January 21, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com