CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguin (CSB No. 90754)
Peter A. Schey (CSB No. 58232)
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone:  (213) 388-8693, ext. 302
Facsimile:  (213) 386-9484
Email: crholguin@centerforhumanrights.org

GIBBS, HOUSTON PAUW
Robert H. Gibbs (WSBA 5932)
Robert Pauw  (WSBA 13613)
1000 Second Ave. Suite 1600
Seattle, WA 98104
Telephone: (206) 224-8790
(*Pro Hac Vice*)

ASIAN LAW CAUCUS
Ivy Lee
720 Market Street
San Francisco, CA 94102
Telephone: (415) 391-1655

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHOLIC SOCIAL SERVICES, INC.,— IMMIGRATION PROGRAM, *et al.*,<br><br>          Plaintiffs,<br><br>- vs -<br><br>JANE NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>          Defendants. | Case No. Civ S-86-1343-LKK<br><br>STIPULATION TAKING MOTION FOR ATTORNEY'S FEES AND COSTS OFF CALENDAR; ORDER THEREON.<br><br><br>Hearing: None<br>Time: n/a |

Plaintiffs' motion for attorney's fees and costs, filed January 13, 2010, is currently set for hearing on March 8, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

As plaintiffs explained in their moving papers, the parties are in on-going negotiations over several issues raised in plaintiffs' motion to enforce, and plaintiffs submitted their motion prophylactically: *i.e.*, out of an abundance of caution to preserve their right to recover attorney's fees and costs incurred in prosecuting their motion to enforce.

Plaintiffs further indicated that judicial economy would be served by the Court's deferring hearing and disposition of the instant motion until after all issues relating to defendants' compliance with the settlement have been wholly resolved, whether by settlement or litigation. Plaintiffs accordingly sought and obtained defendants' agreement to take plaintiffs' fee motion off calendar.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, IT IS HEREBY STIPULATED, by and between the undersigned counsel for plaintiffs and defendants, that plaintiffs' motion for attorney's fees and costs be taken off calendar, subject to re-noticing in accordance with Local Rule 230.

Dated: January 22, 2010.      CENTER FOR HUMAN RIGHTS AND
                              CONSTITUTIONAL LAW
                              Carlos R. Holguín
                              Peter A. Schey

                              GIBBS, HOUSTON PAUW
                              Robert H. Gibbs
                              Robert Pauw


                              /s/ _____
                              Carlos Holguín
                              *Attorneys for plaintiffs*

Dated: January 22, 2010.      LAWRENCE G. BROWN
                              United States Attorney

                              TONY WEST
                              Assistant Attorney General
                              Civil Division

                              TERRI J. SCADRON
                              Assistant Director


                              /s/ _____
                              ANTHONY W. NORWOOD
                              U.S. Department of Justice
                              Office of Immigration Litigation
                              P.O. Box 878, Ben Franklin Station
                              Washington, D.C. 20044
                              Telephone: (202) 616-4883
                              **Attorneys for Defendants**
                              *(per email authorization)*

IT IS SO ORDERED.

Dated: January 26, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com