CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguin (CSB No. 90754)
Peter A. Schey (CSB No. 58232)
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 302
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org

GIBBS, HOUSTON PAUW
Robert H. Gibbs (WSBA 5932)
Robert Pauw (WSBA 13613)
1000 Second Ave. Suite 1600
Seattle, WA 98104
Telephone: (206) 224-8790
(*Pro Hac Vice*)

ASIAN LAW CAUCUS
Ivy Lee
720 Market Street
San Francisco, CA 94102
Telephone: (415) 391-1655

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHOLIC SOCIAL SERVICES, INC.,— IMMIGRATION PROGRAM, *et al.*,<br><br>    Plaintiffs,<br><br>- vs -<br><br>JANE NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No. Civ S-86-1343-LKK<br><br>STIPULATION EXTENDING TIME TO FILE OBJECTIONS TO AFFIDAVIT RE: FOREIGN FILERS; ORDER THEREON.<br><br>Hearing: None<br>Time: n/a |

Pursuant to the Court's order of December 14, 2009, defendants timely filed an affidavit setting out their efforts to advise class members whose legalization applications

PDF created with pdfFactory trial version www.pdffactory.com

CIS rejected because they now reside abroad of their right to seek special master review of the CIS's action. The Court's order granted plaintiffs until January 22, 2010, to file objections to defendants' affidavit; that date was thereafter extended pursuant to stipulation to February 19, 2010, to allow the parties discuss resolving their differences over a remedy for rejected foreign filers, as well as for class members whose applications CIS declared abandoned pursuant to 8 C.F.R. § 103.2(b)(13). Those discussions are continuing, and plaintiffs accordingly seek to extend the deadline for filing plaintiffs' objections an additional three weeks.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, IT IS HEREBY STIPULATED, by and between the undersigned counsel for plaintiffs and defendants, that the deadline for filing plaintiffs' objections to defendants' affidavit re: foreign filers be extended to March 12, 2010.

Dated: February 17, 2010.

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín
Peter A. Schey

GIBBS, HOUSTON PAUW
Robert H. Gibbs
Robert Pauw

/s/ _____
 Carlos Holguín
*Attorneys for plaintiffs*

Dated: February 17, 2010.

LAWRENCE G. BROWN
United States Attorney

TONY WEST
Assistant Attorney General
Civil Division

TERRI J. SCADRON
Assistant Director


/s/ _____
ANTHONY W. NORWOOD
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4883
Attorneys for Defendants
*(per email authorization)*

IT IS SO ORDERED.

Dated: February 18, 2010.

/s/Frank C. Damrell, Jr. _____
FRANK C. DAMRELL, JR. for
LAWRENCK K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com