UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHOLIC SOCIAL SERVICES,
INC., - IMMIGRATION PROGRAM,
et al.,

        Plaintiffs,

    v.

JANET NAPOLITANO, SECRETARY
U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Defendants.

                                  /

NO. CIV.S-86-1343 LKK/JFM

O R D E R

Pending before the court are the defendants' and plaintiffs' conflicting proposals concerning "abandonment" and "foreign filers." Two conflicting values are at stake. On the one hand, is the imperative of due process which strongly suggests that applicants not be deprived of the opportunity to apply for the benefits acquired in the settlement agreement in the instant case by virtue of the government's conduct, which the court previously determined was inconsistent with the decree. On the other hand, in the real world in which cases

1

must, at some point, end and allow the government and the people to get on to other matters. The court must be frank, in some ways there simply is no "right" answer. Nonetheless, some order must be issued.

Accordingly, the court ORDERS that the government's proposal, Dkt. No. 693, shall be adopted, save and except as follows:

(1) Class members will have ninety (90) days from the date notice is mailed of the amended notice of denial to appeal to the AAO;

(2) The agency, where possible, shall refund the required $585.00 for unnecessary motions to reopen by virtue of declared abandonment, or credit such fees towards the fee for filing an administrative appeal at the class members' option;

(3) Review of appeals shall be on the merits; and

(4) The CIS shall accept a filing fee as it existed in 2004-2005 (i.e. $240.00).

IT IS SO ORDERED.

DATED: May 18, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT