BENJAMIN B. WAGNER
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendants (additional counsel on continuation page)

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguin
Peter A. Schey
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 302

Attorneys for Plaintiffs (additional counsel on continuation page)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CATHOLIC SOCIAL SERVICES, (CENTRO DE GUADALUPE IMMIGRATION CENTER), et al., <br><br> Plaintiffs <br><br> JANET NAPOLITANO, Secretary of Department of Homeland Security, et al., <br><br> Defendants | Case No. Civ S 86-1343 LKK <br><br> STIPULATION RE: APPOINTMENT OF SPECIAL MASTER; ORDER THEREON <br><br> DATE: N/A |

Additional counsel for Defendants:

TONY WEST
Assistant Attorney General
Civil Division

TERRI J. SCADRON
Assistant Director
ANTHONY W. NORWOOD
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 616-4883
Facsimile:   (202) 305-7211

Additional counsel for Plaintiffs:

GIBBS, HOUSTON & PAUW
Robert H. Gibbs
Robert Pauw
1000 Second Ave., Suite 1600
Seattle, WA 98104
Telephone: (206) 224-8790
(Pro Hac Vice)

ASIAN LAW CAUCUS
Ivy Lee
720 Market Street
San Francisco, CA 94102
Telephone: (415) 391-1655

WHEREAS Special Master Gail Killefer recently resigned;

IT IS THEREFORE STIPULATED BY AND BETWEEN THE PARTIES;

Gilbert Gembacz, nominated by defendants pursuant to Paragraph 9A of the Settlement Agreement, shall be appointed to serve as Special Master in place of Ms. Killefer.

| /s/ Carlos Holguin | /s/Anthony Norwood |
|---|---|
| CARLOS HOLGUIN | ANTHONY NORWOOD |
| Center for Human Rights and Constitutional Law | Office of Immigration Litigation |
| 256 S. Occidental Blvd. | Box 878 |
| Los Angeles, CA | Washington, DC 20044 |
| Counsel for Plaintiffs | Counsel for Defendants |

Dated: January 6, 2011

**ORDER**

It is so ordered.

Dated: January 10, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on this January 6, 2011, two copies of the foregoing document were served by U.S. Mail, addressed to:

    Peter Schey, Esq.
    Carlos Holguin, Esq.
    Center for Human Rights & Constitutional Law
    256 S. Occidental Blvd.
    Los Angeles, California 90057

    Gibbs, Houston & Pauw
    Robert Gibbs
    Robert Pauw
    1000 Second Street
    Suite 1600
    Seattle, WA 98104

                                       s/ Anthony W. Norwood