UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHOLIC SOCIAL SERVICES,
INC., - IMMIGRATION PROGRAM,
et al.,

        Plaintiffs,

   v.

JANET NAPOLITANO, SECRETARY
U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Defendants.
_____/

NO. CIV.S-86-1343 LKK/JFM

O R D E R

Pending before the court in the above captioned case is plaintiff's motion for attorneys' fees and costs (Doc. Nos. 681, 701), which is currently set to be heard on August 29, 2011. Due to court congestion, the court CONTINUES the hearing to September 26, 2011 at 10:00 AM. The deadline for the filing of a reply brief, if any, is unchanged.

    IT IS SO ORDERED.

    DATED: August 17, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1