UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHOLIC SOCIAL SERVICES,
INC., - IMMIGRATION PROGRAM,
et al.,

        Plaintiffs,

   v.

JANET NAPOLITANO, SECRETARY
U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Defendants.
                            /

NO. CIV.S-86-1343 LKK/JFM

O R D E R

A hearing was scheduled in the above-captioned case on September 26, 2011. Due to mechanical problems with their flight, counsel for defendants were unable to attend the hearing as scheduled. The court does not find oral argument to be necessary and will take the matter under submission on the papers. If either of the parties oppose the resulting order, they may file a motion for reconsideration.

Additionally, when plaintiffs submitted their original motion for attorney's fees, updated Consumer Price Index ("CPI-U") numbers

1

for 2009 and 2010 were not available and, therefore, plaintiffs did not use those numbers in their calculations.

     Accordingly, the court ORDERS as follows:

          [1] Within seven (7) days of issuance of this order, plaintiffs shall submit a declaration with a re-calculation of their sought fees using the appropriate CPI-U numbers for each year. For work hours performed in 2011, plaintiffs will calculate their fee request using the CPI-U numbers for the appropriate month.

     IT IS SO ORDERED.

     DATED: September 26, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2