UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHOLIC SOCIAL SERVICES,
INC., - IMMIGRATION PROGRAM,
et al.,                                      NO. CIV.S-86-1343 LKK/JFM

       Plaintiffs,

  v.                                         O R D E R

JANET NAPOLITANO, SECRETARY
U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

       Defendants.
_____/

    The court is in receipt of the declaration of Richard S. Boswell, ECF No. 718, in which Mr. Boswell asserts that he "was appointed Special Master in this case in or about January 2008 to review class membership appeals" and that he is due outstanding payments from Defendants in this action of approximately $16,000. Mr. Boswell asserts that he has no outstanding issues involving payment as against Plaintiffs.

    The docket does not indicate that Mr. Boswell has ever appeared as an appointed Special Master in this case. Cf. Order,

1

ECF No. 700 (appointing Gilbert Bembacz as the Special Master in place of Gail Killefer).

Mr. Boswell's request for an order enforcing any compensation agreement with Defendants is DENIED.

IT IS SO ORDERED.

DATED: March 1, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2