CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguin (CSB No. 90754)
Peter A. Schey (CSB No. 58232)
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 302
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org

GIBBS, HOUSTON PAUW
Robert H. Gibbs (WSBA 5932)
Robert Pauw (WSBA 13613)
1000 Second Ave. Suite 1600
Seattle, WA 98104
Telephone: (206) 224-8790
(*Pro Hac Vice*)

ASIAN LAW CAUCUS
Ivy Lee
720 Market Street
San Francisco, CA 94102
Telephone: (415) 391-1655

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHOLIC SOCIAL SERVICES, INC.,— IMMIGRATION PROGRAM, *et al.*,<br><br>Plaintiffs,<br><br>- vs -<br><br>JANE NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. Civ S-86-1343-LKK<br><br>STIPULATION RE: APPOINTMENT OF SPECIAL MASTER; ORDER THEREON.<br><br>Hearing: None<br>Time: n/a |

WHEREAS Special Masters Peter Williamson and Gilbert Gembacz have resigned,

IT IS STIPULATED by and between the parties that Monika Sud-Devaraj, nominated by defendants pursuant to ¶ 9A of the Settlement (*see* Dkt.No. 656), and Richard Boswell, nominated by plaintiffs pursuant to ¶ 9A of the Settlement, shall be appointed to serve as special master in place of Messrs. Williamson and Gembacz.

Dated: March 21, 2013.

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín
Peter A. Schey

/s/Carlos Holguín
*Attorneys for plaintiffs*

Dated: March 21, 2013.

LAWRENCE G. BROWN
United States Attorney

STUART DELERY
Principal Deputy Assistant Attorney
General
Civil Division

TERRI J. SCADRON
Assistant Director

/s/Anthony W. Norwood
ANTHONY W. NORWOOD
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4883
Attorneys for Defendants
*(per email authorization)*

IT IS SO ORDERED.

Dated: March 25, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Prop. Order            - 2 -

CERTIFICATE OF SERVICE

No. Civ S-86-1343-LKK

I hereby certify that on this 21st day of March, 2013, I electronically filed the foregoing STIPULATION RE: APPOINTMENT OF SPECIAL MASTER with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

Dated: March 21, 2013.                                         /s/ ___Carlos Holguín_____

/ / /