UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
WESTERN DIVISION

CATHOLIC SOCIAL SERVICES, INC. – IMMIGRATION PROGRAM, et. al.,

Plaintiffs

v.

JANET NAPOLITANO, SECRETARY
U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

Defendants.

Honorable Lawrence K. Karlton
No. CIV. S – 86-1343

FILED
AUG 26 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ORDER

Upon the request by the Special Master, Richard A. Boswell in the above titled case, Defendants are hereby ordered to pay the Special Master $5,750 for outstanding invoices representing Ninety Two (92) appeals. The Defendants' are further ordered to pay the Special Master reasonable fees and court costs associated with obtaining this order.

Dated 8/26/13

_____
United States District Judge

Presented by:

_____
Richard A. Boswell
Special Master

LODGED
MAY 08 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK