UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| CATHOLIC SOCIAL SERVICES, INC. – IMMIGRATION PROGRAM, et. al., | * | |
| | * | |
| Plaintiffs | | |
| | * | Honorable Lawrence K. Karlton |
| v. | | No. CIV. S – 86-1343 |
| | * | |
| JEH JOHNSON, SECRETARY U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

ORDER

Upon the July 8, 2014 request by the Special Master, Richard A. Boswell, in the above titled case (ECF No. 727), and pursuant to this Court's Order of August 26, 2013, Defendants, having filed no objection or opposition, are hereby ordered to pay the Special Master reasonable attorney fees in the amount of $26,475 in securing said order.

Dated: July 22, 2014

Presented by:

/s/Richard A. Boswell
Richard A. Boswell
Special Master

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT