1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   CATHOLIC SOCIAL SERVICES,          No. CIV. S-86-1343 LKK/JFM
     INC., IMMIGRATION PROGRAM,
12   et al.,

13             Plaintiffs,              **ORDER**

14        v.

15   JEH JOHNSON, Secretary of
     Department of Homeland
16   Security, et al.,

17             Defendants.

18

19        Defendants have filed a response to the Special Master's

20   request for additional compensation and a request for

21   reconsideration of the court's July 22, 2014 order, which granted

22   the request as unopposed.

23        Good cause appearing, IT IS HEREBY ORDERED that the Special

24   Master may file a response to defendants' request within ten days

25   from the date of this order.  Thereafter the matter will be

26   submitted for decision on the papers.

27        DATED:  July 25, 2014.

28
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                             1        UNITED STATES DISTRICT COURT